No. A–263. OXNARD SCHOOL DISTRICT BOARD OF TRUSTEES ET AL. *v.* SORIA ET AL. C. A. 9th Cir. Application for stay presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. 

No. A–419 (72–618). AMERICAN PARTY OF FLORIDA ET AL. *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. D. C. N. D. Fla. Application for stay presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 71–485. GOTTSCHALK, ACTING COMMISSIONER OF PATENTS *v.* BENSON ET AL. C. C. P. A. [Certiorari granted, 405 U. S. 915.] Motion of Computer Software Analysts, Inc., et al. for leave to file an untimely brief as *amici curiae* granted. MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–1051. PARIS ADULT THEATRE I ET AL. *v.* SLATON ET AL. Sup. Ct. Ga. [Certiorari granted, 408 U. S. 921.] Motion of Charles H. Keating, Jr., for leave to file an untimely brief as *amicus curiae* in support of respondent granted.

No. 71–1082. ASKEW, GOVERNOR OF FLORIDA, ET AL. *v.* AMERICAN WATERWAYS OPERATORS, INC., ET AL. Appeal from D. C. M. D. Fla. [Probable jurisdiction noted, 405 U. S. 1063.] Motion of American Bar Assn. for leave to file a brief as *amicus curiae* granted.

No. 71–1178. GULF STATES UTILITIES CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 406 U. S. 956.] Motion of American Public Power Assn. for leave to file a brief as *amicus curiae* granted.